IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROLAND GRAHAM, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-1411 |
| | : | |
| DEPARTMENT OF THE TREASURY | : | |
| INTERNAL REVENUE SERVICE, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 17th day of November, 2021, upon consideration of Roland Graham's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Graham's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**